# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2023

## NO. 03-22-00648-CV

**Debra Porter, Appellant**

v.

**Gale Miller Barnes; Sheri Miller; Renee Hawkins; Marcus Hawkins; Alyce Hilton Johnson; Clyde Hilton; Demotrios Hilton; Howard Phearse; Keino Remi Phearse; Kay Phearse; Al Gene Hogg; Donny Hogg; Joslyn Hogg; Roslyn Hogg; Lonnie Houston; Jamar Houston; Tavares Houston; Winifred Thorns Gilden; Andra Blake; James Thorns; Murray Lee Thorns; Abner Thorns; Nathaniel Thorns; Joseph Thorns; Joy Fay Janie Thorns; Willis A. Bolden; Unknown Heirs of Charlotte Houston, deceased; Unknown Heirs of Jessie Thorns, deceased; Unknown Heirs of Charlie Thorns, deceased; Unknown Heirs of Susan McDowell, deceased; and Curtis Capps, Appellees**

### APPEAL FROM THE 21ST DISTRICT COURT OF LEE COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS

Having reviewed the record, the Court holds that Debra Porter has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.